IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| William Daniel Adkins<br>Michelle Anne Adkins | : | CASE NO. 10-63146 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | | |
| | : | NOTICE |

******************************************************************

## NOTICE OF AMENDED PLAN AND ANY OBJECTIONS TO CONFIRMATION AND FIXING LAST DATE TO FILE OBJECTIONS

The Debtor(s) herein filed an Amended Plan with the Court and hereby give notice that: A hearing on the Confirmation of said Amended Plan will be held on the December 8, 2010, at 2:00 p.m. at the Ralph Regula US Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702.

Any objections to said Amended Plan shall be in writing and must be filed with the Court, Counsel for the Debtor(s), and the Chapter 13 Trustee no later than five (5) working days prior to said hearing. See attached amended Plan.

/s/Douglas L. Thrush
Attorney Douglas L. Thrush


## CERTIFICATE OF SERVICE

I, **Douglas L. Thrush**, hereby certify that the foregoing Notice and Amended Plan was sent by regular US Mail, postage prepaid, this 1st day of October, 2010 to the following individuals:

**See Attached List.**

I, Douglas L. Thrush, hereby certify that the foregoing Notice and Amended Plan was electronically transmitted on or about October 1, 2010 to the following who are listed on the Court's Electronic Mail Notice List:

Toby L Rosen   -  lweir@chapter13canton.com

/s/Douglas L. Thrush
Douglas L. Thrush
Attorney For Debtors

☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In re:** | ) | **Judge Russ Kendig** |
| | ) | |
| _____, | ) | **Case No.** _____ |
| | ) | |
| **Debtor(s)** | ) | **Chapter 13 Form Plan Summary** |
| | ) | _____ **Amended Chapter 13 Plan** |

    **Read this carefully**. You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**




☐    Continued on attached separate page(s).

2.     \_\_\_\_\_% to general unsecured creditors (E9)

3.     Assumed unexpired leases and executory contracts (B1)

| Creditor | Description of asset or contract |
|---|---|
| | |
| | |
| | |

☐    Continued on attached separate page(s).

    All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| | | |
| | | |
| | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: | | | |
|---|---|---|---|
| Date Incurred: | | | |
| Collateral: | | | |
| Monthly Payment: | | | |
| Interest Rate: | | | |
| Estimated Balance: | | | |

☐ Continued on attached separate page(s).

2

7. Liens to be crammed down but not stripped. (E7)

   Creditor: _____  _____  _____

   Date Incurred: _____  _____  _____

   Collateral: _____  _____  _____

   Monthly Payment: _____  _____  _____

   Interest Rate: _____  _____  _____

   Secured Value: _____  _____  _____

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ _____ monthly for a minimum of [Drop box 36/60] months, or all future disposable income, whichever is greater. Payments shall be by ☐ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

_____    _____
Debtor's Signature -   Name typed below       Debtor's Signature - Name typed below
_____    _____


_____
Attorney's Signature - Name (state bar #), address, and phone typed below
_____

_____

_____

_____

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 10-63146-rk<br>Northern District of Ohio<br>Canton<br>Fri Oct  1 11:13:52 EDT 2010 | Canton<br>Canton<br>Frank T Bow Federal Building<br>201 Cleveland Ave SW<br>Canton, OH 44702-1929 | Chase Home Finance, LLC<br>c/o Lerner Sampson & Rothfuss<br>PO Box 5480<br>Cincinnati, OH 45201-5480 |
| United States Trustee<br>United States Trustee<br>Suite 441<br>H.M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, Oh 44114-1234 | Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | American Eagle Outfitters/GEMB<br>P.O. Box 960013<br>Orlando, FL 32896-0013 |
| American General Finan<br>1464 Lexington Ave<br>Mansfield, OH 44907-2630 | American General Finance<br>Po Box 3121<br>Evansville, IN 47731-3121 | American Orthopedics, Inc.<br>1151 West 5th Ave.<br>Columbus, OH 43212-2529 |
| Americredit<br>Po Box 181145<br>Arlington, TX 76096-1145 | Amex<br>c/o Beckett & Lee<br>Po Box 3001<br>Malvern, PA 19355-0701 | Ashland Mansfield Foot and Ankle<br>550 South Trimble Road<br>182870, OH 44906-3418 |
| Ashland Mansfield Foot and Ankle<br>P.O. Box 22958<br>Beachwood, OH 44122-0958 | Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154-1529 | Cardiosom, LLC<br>615 West Carmel Drive<br>Suite 100<br>Carmel, IN 46032-5504 |
| Cardiosom, LLC<br>P.O. Box 33842<br>North Royalton, OH 44133-0842 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase - Cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chase Home Mortgage<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Chase Manhattan Mortgage<br>Attention:  Research Dept. G7-PP<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Chase- Tjx<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Cornerstone OB-GYN<br>770 Galgreen Drive<br>Suite 207<br>Mansfield, OH 44906-4106 |
| Credit First<br>Po Box 818011<br>Cleveland, OH 44181-8011 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin, TX 78708-1577 | Directions Credit Unio<br>5121 Whiteford Rd<br>Sylvania, OH 43560-2987 |

| | | |
|---|---|---|
| Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 | Douglas L. Thrush, Attorney<br>13 Park Ave. W., Ste. 314<br>Mansfield, OH 44902-1743 | Empire Affiliates Cr U<br>777 N Main St<br>Mansfield, OH 44902-4203 |
| Equicredit<br>Attn: Bankruptcy<br>Po Box 65450<br>Salt Lake City, UT 84165-0450 | First Merit Bank<br>295 First Merit Cir<br>Akron, OH 44307 | G M A C<br>Po Box 130424<br>Roseville, MN 55113-0004 |
| GE Money Bank<br>P.O. Box 960016<br>Orlando, FL 32896-0061 | GEMB / HH Gregg<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | GEMB/ paypldc<br>P.O. Box 981416<br>El Paso, TX 79998-1416 |
| GEMB/American Eagle Discover<br>Po Box 981400<br>El Paso, TX 79998-1400 | GMAC<br>P.O. Box 9001951<br>Louisville, KY 40290-1951 | Gemb/Meijer Discover<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/dicks Sporting<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/gap<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/jcp<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gemb/lens Crafters<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/meijer Dc<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/pep Boys<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gemb/sams Club Dc<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/walmart Dc<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Guardian Finance<br>2479 Hilliard Rome Rd.<br>Hilliard, OH 43026-8194 | HSBC<br>Hsbc Retail Services  Attention:  Bankru<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | HSBC Retail Services<br>P.O. Box 7680<br>Carol Stream, IL 60116-0001 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Hsbc/kawas<br>Pob 15521<br>Wilmington, DE 19850-5521 | Hsbc/polars<br>Pob 15521<br>Wilmington, DE 19850-5521 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |

| | | |
|---|---|---|
| Huntington National Ba<br>7 Easton Oval<br>Columbus, OH 43219-6060 | Huntington Natl Bk<br>Attention: Bankruptcy<br>2361 Morse Road<br>Columbus, OH 43229-5856 | Jb Robinson<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 |
| Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | Kubota Credit Corporat<br>1025 Northbrook Pkwy<br>Suwanee, GA 30024-2967 |
| Lazarus/macy's<br>Attention: Bankruptcy<br>Po Box 8118<br>Mason, OH 45040-8118 | Lowes / MBGA<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Lowes/ GEMB<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |
| Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | MedCentral Health System<br>P.O. Box 8135<br>Mansfield, OH 44901-8135 | MedCentral Health Systems<br>335 Glessner Avenue<br>Mansfield, OH 44903-2269 |
| Meijer Platnium/ GEMB<br>P.O. Box 960015<br>Orlando, FL 32896-0015 | Paypal Credit Services/ GEMB<br>P.O. Box 960080<br>Orlando, FL 32896-0080 | Peter A. Wiggin, DPM, Inc.<br>74 Wood Street<br>Mansfield, OH 44903-2211 |
| Rbs Citizens Na<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604-4725 | Richland Bank<br>P.O. Box 335<br>Mansfield, OH 44901-0335 | Richland Trust<br>3 N Main St<br>Mansfield, OH 44902-1737 |
| Rshk/cbsd<br>Attn.: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Sams Club<br>Attention: Bankruptcy Department<br>Po Box 105968<br>Atlanta, GA 30348-5968 | Sams Club Discover/ GEMB<br>P.O. Box 960013<br>Orlando, FL 32896-0013 |
| Sams Club/ GEMB<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Sears/cbsd<br>133200 Smith Rd<br>Cleveland, OH 44130 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| (c)TOYOTA MOTOR CREDIT<br>1945 CEI DR<br>CINCINNATI OH 45242-5664 | Transamerica Bank<br>5595 Trillium Blvd<br>Schaumburg, IL 60192-3405 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Us Bank/na Nd<br>101 5th St E Ste A<br>St Paul, MN 55101-1860 | Walmart Discover<br>P.O. Box 960024<br>Orlando, FL 32896-0024 |

| | | |
|---|---|---|
| Wells Fargo Card Ser<br>Po Box 5058<br>Portland, OR 97208-5058 | Wells Fargo Hm Mortgag<br>7255 Baymeadows Wa<br>Jacksonville, FL 32256-6851 | Wfb-ne (Worlds Foremost Bank)<br>Attn: Collections<br>Po Box 82608<br>Lincoln, NE 68501-2608 |
| Douglas L Thrush<br>13 Park Ave W<br>#314<br>Mansfield, OH 44902-1715 | Jefferey Stiffler<br>David C. Badnell Co., L.P.A.<br>21 North Walnut Street<br>Mansfield, OH 44902-1705 | Michelle Anne Adkins<br>P.O. Box 1835<br>Mansfield, OH 44901-1835 |
| Toby L Rosen<br>400 W Tuscarawas St<br>Charter One Bank Bldg<br>4th Floor<br>Canton, OH 44702-2044 | William Daniel Adkins<br>P.O. Box 1835<br>Mansfield, OH 44901-1835 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chrysler Credit<br>Po Box 8065<br>Royal Oak, MI 48068 | (d)Chrysler Financial<br>11300 Cornell Park Dr St<br>Cincinnati, OH 45242 | Hsbc/vlcty<br>Attn: Bankruptcy<br>Po Box 15522<br>Wilmington, DE 19850 |
| Toyota Financial<br>P.O. Box 5855<br>Carol Stream, IL 60197-5855 | U.S. Bank<br>P.O. Box 108<br>Saint Louis, MO 63166-9801 | (d)U.S. Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 |
| (d)Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201 | | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Toyota Motor Credit
4501 Erskine Rd Ste 150
Cincinnati, OH 45242


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry's Home                    (u)Metabnk/fhut                    (u)Sears/cbsd

End of Label Matrix
Mailable recipients     97
Bypassed recipients      3
Total                  100